E-filing

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name Williams               Lawrence              L
3       (Last)                 (First)              (Initial)

4  Prisoner Number 11057930, EBJ825

5  Institutional Address 885 N San Pedro St San Jose CA 95110

7           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA

8  Lawrence Williams                    )   CV 12 3310
9  (Enter the full name of plaintiff in this action.)   )                    SI
10              vs.                      )   Case No.
                                         )   (To be provided by the Clerk of Court)
11  Melinda Haag, US Attorney,           )
                                         )   **COMPLAINT UNDER THE (PR)**
12  Jerry Brown Gov. of CA., DR Nguyen   )   **CIVIL RIGHTS ACT,**
                                         )   **Title 42 U.S.C § 1983**
13  Jail DR Santa Clara County main Jail )   Exhibit "A" - "B"
                                         )
14  DR. Alexander Chyorny, Lori Horn     )
    (Enter the full name of the defendant(s) in this action)
15

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.   Exhaustion of Administrative Remedies.

18       [**Note:** You must exhaust your administrative remedies before your claim can go

19       forward. The court will dismiss any unexhausted claims.]

20       A.   Place of present confinement Santa Clara County Main Jail

21       B.   Is there a grievance procedure in this institution?

22            YES (✓)    NO ( )

23       C.   Did you present the facts in your complaint for review through the grievance

24            procedure?

25            YES (✓)    NO ( )

26       D.   If your answer is YES, list the appeal number and the date and result of the

27            appeal at each level of review. If you did not pursue a certain level of appeal,

28            explain why.

COMPLAINT                              - 1 -

1. Informal appeal ___ *See EXHIBIT "A" & "B"* ___

2. First formal level ___

3. Second formal level ___

4. Third formal level ___

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( ✓ )  NO ( ✓ )

F. If you did not present your claim for review through the grievance procedure, explain why. *See EXHIBIT "A" & "B"*

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

*LAWRENCE L. WILLIAMS 885 N. SAN PEDRO ST. 242 EAST SAN JOSE CA 95110*

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

*MELINDA HAAG US ATTORNEY; JERRY BROWN GOV OF CALIF;*

COMPLAINT - 2 -

1  DR NGUYEN, DR. Alexander Chvorny medical Director, Nurse Manager
2  Lori Horn, Santa Clara County Main Jail

### III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

My legs have a degenerative disease, and severe nerve damage, including from dozens of shot gun pellets still lodged in one leg. The pain is excruciating; and I can barely walk. The Santa Clara County Jail took my wheelchair but finally gave me a cane, however, I want both legs amputated. Since abortion is a type of amputation and is legal so should I be able to have my legs amputated. I am a Christian and against abortion since I belive life begins at or near conception. Cutting my legs off will cure most of my health problems. The state has refused my requests. I still additionally request to send my legs to President Obama, the worldwide symbol of the pro-abortion movement. My group is called Mighty God Foundation. I honor the babies, especially the Jewish Babies, as Jesus was/is a Jewish Rabbi. I am being discriminated against based on Religion. No one assisted me with this complaint, but I need some help from an attorney.

### IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I seek a court order compelling the County and/or State to amputate my legs and send them to President Obama at the White house. I request a Pro-bono attorney or otherwise a court appointed attorney. Plaintiff seeks $5,000,000 in damages, all types, see Exhibit "A" - "B" continued on three 3 "A" - "B"

COMPLAINT            - 3 -

6-17-2012

Page 3A of Complaint

Plaintiff is Requesting That Melinda Haag Should be dismissed As A Defendant when And If Plaintiff Is Appointed An Attorney In This case.

Damages Also Are From Melinda Haag Blinding The evidence in This matter; Plaintiff had Requested both His Leg's Amputated And Sent To President Obama At The White house; ms Haag Failed Plaintiffs Request For A Grand Jury Hearing Thats in Question; Plaintiff At This Time has Not Received A Response From M. Haag, Plaintiff wishs To bring To The Attention of Ms. Haag. His evaluation by Dr. Bathori A Psychology on 6-6-2012, Plaintiff was Competent, Sane And Rational.

"Blinding The evidence" means Melinda Haag Refuses To Give my evidence of Federal Felonies To Federal Grand Juries, which Is A Felony, For example, I Still have my leg's; Ms Haag You Are meddling With A Grand Jury Witness; You Are obstructing Justice, Interfering With The evidence To A Grand Jury Is A Felony; False Reporting To A Grand Jury Is Protecting Felonies (Covering up) And many more Felonies.

Dated June 17, 2012   Respectfully Submitted
                      Lawrence Williams
                      *Lawrence Williams*

1. ON MARCH 23-2012 Plaintiff Fell AND Injured His bACK AFTER
2. being FoRCED To Hobble To medical, AFTER DR. NGUYEN Discontinued
3. wHeelcHAiR ON mARCH 14-2012, C/o GoNZALeZ BAdGe #2758 HAd To
4. Assist Plaintiff off The Floor.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17TH__ day of __June__, 20_12_

_Lawrence L. Williams_

(Plaintiff's signature)

COMPLAINT                                            - 4 -