ERIC LIGHTER
1201880/EBN727
SANTA CLARA MAIN JAIL #242E
885 N. SAN PEDRO ST.
SAN JOSE, CA 95110

FILED
AUG X 7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. GRAND JURIES ("GJ")

U.S. DISTRICT COURT ("USDC")

NORTHERN DISTRICT OF CALIFORNIA ("NDCA")

| | |
|---|---|
| In re: KENNETH BONANO, et al. | CV12-2802 SI (PR) |
| aka In re: ERIC LIGHTER | GJ Case 2 and GJ Case 3 |
| WILLIAMS v. HAAG, et al. | CV12-3310 SI (PR) |

TO: FOREPERSON OF MOST RECENTLY EMPANELED GJ FOR NDCA, the herein to be delivered by NDCA GJ Clerk.

SECOND ADDENDUM TO ORDER OF DISMISSAL

COMES NOW, ERIC LIGHTER, pro se ("Lighter") and hereby supplements his 7-29-2012 Addendum, as follows; with a copy hereof requested to be sent to U.S. Attorney by the Court:

Bottom of page 3, add, "... to stop whistle blowing reporting to the Court. ..."

The Court is requested to put a copy hereof in GJ Case No. 3, c/o Hon. Judge Susan Illston, USDC, NDCA, entitled In re: Bonano, et al.

7-30-2012

*[signature]*
ERIC LIGHTER

ERIC LIGHTER
10201880 / EBN727
SANTA CLARA MAIN JAIL #242E
885 N. SAN PEDRO ST.
SAN JOSE, CA 95110

LEGAL MAIL

**County Jail Generated**
**Inmate Mail**

Honorable Judge Susan Illston
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102

9410236199

