In The Matter of "Williams vs. Haag et al"
"CV12-3310 SI (PR)"

FILED
NOV X 7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To The Honorable Judge Susan Illston

Your Honor I'm written to inform You, That my Amended Complaint is forth-with in The Jail mail, There are some Complication with Your orders, "Custody" would Not comply I had informed You previously That "Custody" And "medical" was Hindering Plaintiffs From making The Courts deadline, I was lock down And Custody Confiscated All Plaintiffs Pencil And Envelope, The one I am using Now is at it end, I've Asked Custody Correctional officer, "Wiggins" Badge No: "1045", To Honor Your order by Requesting The Sergeant To Honor Your order, Time 11:40 AM 10-30-2012. I've informed officer Wiggins, That Plaintiffs has a Court order From A Federal Judge; Plaintiffs has exhausted All Remedy inorder To make deadline, Custody has lock Plaintiffs down, has confiscated martial Plaintiff is in dier need of, All Plaintiffs can do at This Time is Document His efforts, on 10-29-2012 Plaintiffs by written Request To The Sergeant of The Watch, Request deny, Plaintiff will Forward A Copy of His Request For Assistant To Honor Your order Your Honor.

Respectfully Submitted
C.C.    Dated 10-29-2012    Lawrence Williams
                            Lawrence L. Williams

see →  Judge Illston Attorny Dobbyn mail Amende Complaint 10-30-12

# INMATE REQUEST FORM

**INMATE NAME:** Williams, Lawrence  **DATE** 10/29/2012
**CEN:** 1105/730  **PFN:** EBJ-825  **HOUSING UNIT:** 2-B-Cell

## 1. CONTACT REQUEST: OUTSIDE AGENCY

- [ ] DISTRICT ATTORNEY
- [ ] PUBLIC DEFENDER
- [ ] ADULT PROBATION
- [ ] STATE PAROLE
- [x] OTHER SPECIFY: Sergeant "A.S.A.P."

**NATURE OF REQUEST:** Sergeant, I am requesting to see you because I have a court "dead line" of 10-31-2012, I am on Lock Down Stairs, I need to speak to you "Please."

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| [ ] REHOUSING | [ ] COMMISSARY | [ ] LAW LIBRARY | [ ] RELEASE DATE | [ ] CHAPLAIN |
| [ ] TRUSTEE | [ ] MONEY ACCOUNT | [ ] A.A. | [ ] CHARGES | [ ] FOOD SERVICE |
| [ ] RECLASS. | [ ] MAIL | [ ] FRIENDS OUTSIDE | [ ] BAIL | [ ] BAIL BONDS |
| [ ] WWP | [ ] LOST PROPERTY | [ ] OTHER: SPECIFY BELOW | [ ] NEXT COURT DATE | [x] OTHER: SPECIFY BELOW "Sergeant" |
| [ ] PSP | [ ] LOST CLOTHING | | | |

**NATURE OF REQUEST:** Sergeant a situation is in need of your petition as I've said I am on lock down, and I am requesting your "authority" to assist me, thank you, "A.S.A.P." Thank you.

## 3. ACTION TAKEN/RESPONSE

- [x] RESPONSE BELOW
- [ ] REQUEST FORWARDED OUTSIDE FACILITY
- [ ] REQUEST DENIED SEE EXPLANATION
- [ ] CANNOT BE ACTED ON AT THIS TIME.
- [ ] PREVIOUS REQUEST IN PROGRESS

**EXPLANATION/RESPONSE:** Williams wants copies made. I advised him to contact Friends Outside / Catholic Charities for copies. The mention of his lockdown status has nothing to do with him needing copies / or his court deadline. Rewrite this request and tell what you are really requesting (copies). Attorney call also given on 10/29/12 A-team Dayshift.

CC

**OFFICER SIGNATURE:** Vielva  **BADGE #** 1125  **DATE** 10/30/12  **TIME** 0105 hrs.

ORIGINAL-RECORD FILE  CANARY-RETURN TO INMATE AFTER ACTION  PINK-RETURNED TO INMATE

3623 REV 4/89  808.00

# PROOF OF SERVICE BY MAIL

I, _Lawrence Williams_, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is

_985 North San Pedro St 2-B-C-22 San Jose Calif 95110_

and I am a resident of, or employed in, _Santa Clara_ County, California.

On the date of _10-29-2012_ I served the _CV12-3310 SI (PR)_
_A Amended Complaint 9 pages; 1 page References with defendant And witness to be subpoena, 10 pages of exhibits, 2. Pray for Relief_
_" Letter to Judge Illston" with exhibit_ (exact title of document(s) served) _"Complete statement" "Forth-with" * 1 page Summary 4_
by depositing a copy of the document(s) in the United States mail at

(location) _Santa Clara_, (city) _San Jose Calif_,

_Santa Clara_ County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).

" Richard W. Wicking "
Clerk U.S. District Court
450 Golden Gate Ave Box 36060
San Francisco Calif 94102

" Letter to Judge Susan Illston "
pertaining to hindering of custody
and medical to prevent plaintiffs
from honoring federal court order.
To make dead line of 10-31-2012

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

C-C  Date: _10-29-2012_

_Lawrence Williams_
(Signature of person mailing)
_Lawrence Williams_
(Name of person mailing, typed or printed)