FILED JAN 04 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CA.

UNITED STATES DISTRICT COURT     12-23-2012
NORTHERN DISTRICT OF CALIFORNIA.

---

| | |
|---|---|
| LAWRENCE LEE WILLIAMS | CIVIL CASE NO: |
| PLAINTIFF | C-12-3310-SI (PR) |
| VS. | |
| MELINDA HAAG, | AMENDED |
| UNITED STATES ATTORNEY et al | COMPLAINT, SEEKING TEMPORARY |
| DEFENDANTS, | RESTRAINING ORDER ("TRO") ALSO |
| | SEEKING ORDER RETURNING |
| | WHEEL CHAIR AND A PRELIMINARY |
| | INJUNCTIVE RELIEF |

## INTRODUCTION

I, LAWRENCE LEE WILLIAMS, AN INMATE AT THE SANTA CLARA COUNTY JAIL, HAVE A "ACTION", IN PRO SE, UNDER 42 U.S.C. SECTION 1983. PER MY LEAVE TO AMEND, I HEREBY REQUEST YOU, MS. SUSAN ILSTON U.S. DISTRICT JUDGE, TO PLEASE ACCEPT THIS ADDITIONAL AMENDED COMPLAINT UNDER THE ORIGINAL TERMS OF THE LEAVE TO AMEND, THAT YOU GRANTED ON JULY 31st 2012. AS WELL, I AM REQUESTING YOU TO ACCEPT ATTACHED DOCUMENTS, COMPLAINTS AND GRIEVANCES, THAT SHOW THAT MY SITUATION HAS, AS OF 12-13-2012, WORSENED, GROSSLY, POSSIBLY DUE TO RETALIATION, OF THIS FACILITY, DUE TO MY CONSTITUTIONAL GUARANTEED RIGHTS, THAT I AM PROMISED.

THEREFORE, PLEASE ACCEPT AND ADD THIS AMENDED COMPLAINT TO MY LEAVE TO AMEND ON REVIEW.

LAWRENCE L. WILLIAMS

DATE 12-23-2012    *Lawrence L. Williams*

C-C:    "PAGE-ONE-OF-TWO."

CIVIL-CASE-NO-C-12-3310 SI (PR) - 12-23-2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Discussion "AND" Conclusion.

On December 13th of this year of 2012... for reason's unknown, but drip w/a possible, rebound of retaliation for my "action"/complaints against "this" facility and it's medical staff of: A.C.H.S - ("Adult Custody Health Services")

The medical director of this jail did, discontinue my wheelchair amidst his recently giving it back.

With my leave to amend, please add attached documents' that grossly show the very obvious discrimination against myself "per" violating myself as a qualified individual w/a disability, therefore too, discriminating me and the Title II of the A.D.A. of: 42 U.S.C.S. 12131 et al: Furthermore, they have taken my "only" form of "mobility," hence to shower, shave, clean my cell, empty my trash, and basically have the minimum allowable access to the "norm," of basic living, has "been" discontinued. Please help?

"Sincerely,"
Lawrence Lee Williams /s/ Lawrence Williams

C-C:  PAGE-TWO-OF-TWO.