**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    LAWRENCE LEE WILLIAMS,                    No. C 12-3310 SI (pr)

9            Plaintiff,                        **ORDER EXTENDING DEADLINES**

10       v.

11   MELINDA HAAG,
     United States Attorney; et al.,
12
             Defendants.
13   _____/

14

15       Defendants filed a motion for summary judgment on May 17, 2013, which is currently

16   pending. Plaintiff has filed a motion for a three-month extension of time to file his opposition.

17   Upon due consideration of plaintiff's motion, the court finds that an extension of time is

18   warranted, but that the three-month extension requested by plaintiff is excessive in light of the

19   fact that he is no longer in custody. The circumstances plaintiff states that he faces currently –

20   chronic medical problems, living in a homeless shelter, lack of an automobile and low education

21   – are unlikely to change in the near future. And his claimed need to obtain evidence does not

22   warrant the lengthy extension of time because it should not take nearly that long for a diligent

23   plaintiff to obtain the documents. For these reasons, the court GRANTS plaintiff's motion for

24   an extension of time (Docket # 47) and sets the following new briefing schedule: Plaintiff must

25   file and serve on defense counsel his opposition to the dispositive motion no later than **July 26,**

26   **2013**. Defendants must file and serve their reply brief (if any) no later than **August 9, 2013**.

27

28

1    At the same time he filed a motion for extension of time, plaintiff filed a motion to put

2  the July 19 hearing on defendants' motion for summary judgment back on calendar for oral

3  argument. The motion to put the motion for summary judgment on for oral argument is

4  DENIED. (Docket # 46.) The motion for summary judgment can adequately be adjudicated on

5  the written briefs and evidence the parties submit, and it does not appear that oral argument

6  would aid the court in consideration of the matter, even if plaintiff is able to travel to the

7  courthouse to appear at an oral argument.

8    Finally, it is not clear whether plaintiff served a copy of each of the foregoing motions

9  on defense counsel.  Plaintiff is reminded that he must serve on defense counsel a copy of every

10  document he files in this action.

11    IT IS SO ORDERED.

12  Dated: June 28, 2013    _____

13    SUSAN ILLSTON
   United States District Judge