UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LEE WILLIAMS, | No. C 12-3310 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| MELINDA HAAG, United States Attorney; et al., | |
| Defendants. | |

Plaintiff has filed a "motion for continuance to file opposition to defendant's summary judgment" motion, to which he has attached a letter from a psychologist at the inpatient psychiatric facility at the VA Palo Alto Health Care System stating that plaintiff has been hospitalized there since July 9, 2013. Upon due consideration, plaintiff's motion for a continuance is GRANTED. (Docket # 49.) The court now sets the following deadlines: Plaintiff's opposition to the motion for summary judgment must be filed **fourteen days** after his release from the inpatient psychiatric facility.

The court also requires that plaintiff provide a monthly notice of his address, so the court will know when he is released. Accordingly, (1) on the **first day of each month**, plaintiff must file and serve on defense counsel a notice stating whether he is still housed in the inpatient psychiatric facility or has been released from that facility, and (2) within **five days of his release** from the inpatient psychiatric facility, plaintiff must file a notice of change of address stating his new address.

This action will be dismissed if plaintiff fails to file the monthly status reports on the first day of the month, and will be dismissed if plaintiff fails to file a notice of change of address within five days of his release from the inpatient psychiatric facility. The motion for summary judgment will be deemed to be unopposed if plaintiff fails to file his opposition to the motion for summary judgment by the deadline.

IT IS SO ORDERED.

Dated: July 31, 2013

_____
SUSAN ILLSTON
United States District Judge