UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LEE WILLIAMS, | No. C 12-3310 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MELINDA HAAG,<br>United States Attorney; et al., | |
| Defendants. / | |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 5, 2013

_____
SUSAN ILLSTON
United States District Judge