United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE LEE WILLIAMS,

        Plaintiff,

    v.

MELINDA HAAG,
United States Attorney; et al.,

        Defendants.
                                       /

No. C 12-3310 SI (pr)

**ORDER OF DISMISSAL**

Mail that was sent from the court on July 31, 2013 to plaintiff at the most recent address he provided was returned to the court undelivered on September 10, 2013, marked "return to sender - attempted - not known - unable to forward." *See* Docket # 5. Plaintiff has not filed anything with the court since the undeliverable mail was returned to the court. More than sixty days have passed since the mail was first returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to file a notice of his current address within sixty days of the return of the undelivered mail. For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a). Defendants' motion for summary judgment is DISMISSED as moot. (Docket # 39.)

    IT IS SO ORDERED.

Dated: December 5, 2013

                                                      _____
                                                      SUSAN ILLSTON
                                                United States District Judge