UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LEE WILLIAMS,<br><br>    Plaintiff,<br><br>   v.<br><br>MELINDA HAAG,<br>United States Attorney; et al.,<br><br>    Defendants.<br>_____/ | No. C 12-3310 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 5, 2013

                                         SUSAN ILLSTON<br>
                             United States District Judge